RAILWAY TERMINAL WAREHOUSE AND STORAGE COMPANY, Appellant, *v.* JAMES GEARY et al., Respondents.

*Real property — action to have it adjudged that defendants had purchased real property as trustees for plaintiff and for an accounting as to rents and conveyance of the property.*

*Railway Terminal Warehouse & Storage Co.* v. *Geary,* 212 App. Div. 95, affirmed.

(Argued May 15, 1925; decided June 9, 1925.)

APPEAL from a judgment, entered March 9, 1925, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury and directing a dismissal of the complaint. The action was in equity to have it adjudged that defendants had purchased and held certain real property as trustees for the plaintiff; that they be required to account for the rents and profits thereof and convey the said property to the plaintiff upon payment of the purchase price less the amount of rents received.

*Daniel J. Dugan, Isadore Bookstein* and *W. Joseph Shanley* for appellant.

*John T. Norton* and *George C. Lecomte* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

CATHERINE V. TROWBRIDGE, Appellant, *v.* KATIE OEHM-SEN, Respondent.

*Appeal — motion to dismiss denied upon payment of costs.*

Reported below, 207 App. Div. 740.

(Submitted June 1, 1925; decided June 9, 1925.)

MOTION to dismiss an appeal from a judgment, entered May 8, 1924, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon